UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYMOND STEVENSON,<br><br>      Plaintiff,<br><br> v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>      Defendant. | NO: 2:18-CV-0315-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

  BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 18). The parties have stipulated that all the claims "between and among them in this action have been resolved" and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), request the Court dismiss the case with prejudice and without an award of costs or attorney's fees to either party.

//

//

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, any and all claims against the Defendant are hereby **DISMISSED** with prejudice and without an award of costs or attorney's fees to either party.

The District Court Executive is hereby directed to enter this Order, enter judgment, furnish copies to counsel, and **CLOSE** the file.

DATED July 17, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 2