# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RAYMOND STEVENSON, *Plaintiff*<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC, *Defendant* | Civil Action No. 2:18-CV-0315-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), any and all claims against the Defendant are hereby DISMISSED with prejudice and without an award of costs or attorney's fees to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on the Parties' Stipulated Motion to Dismiss ECF No. 18.

Date: July 17, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen